**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GOLDKING HOLDINGS, LLC, et al.,[1] | Case No. 13-12820 (BLS) |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 20, 2013 AT 11:00 A.M. (ET)**

**CONTESTED MATTER GOING FORWARD**

1. Motion of Leonard C. Tallerine, Jr. and Goldking LT Capital Corp. to Transfer Venue of These Cases [D.I. 46, 11/7/13]

    Objection Deadline: November 18, 2013 at 4:00 p.m. (ET)

    Objections Received: Objection deadline not yet passed.

    Related Documents:

    A. Declaration of Ann C. Cordo in Support of Motion of Leonard C. Tallerine, Jr. and Goldking LT Capital Corp. to Transfer Venue of These Cases [D.I. 48, 11/7/13]

    B. Order Granting Motion of Leonard C. Tallerine, Jr. and Goldking LT Capital Corp. for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. Bankr, R. 9006 and D. Del. Local R. Bankr. P. 9006-1(e) (I) Scheduling a Hearing and (II) Shortening Notice Relating to the Motion of Leonard C. Tallerine, Jr. and Goldking LT Capital Corp. to Transfer Venue of These Cases [D.I. 52, 11/11/13]

    Status: The Debtors intend to file an objection to the motion on or before 4:00 p.m. (ET) on the date hereof in accordance with the Court's order granting the Movants' motion to shorten and, upon filing, will promptly transmit a copy of the objection to the Court. The Debtors have been advised that their prepetition and postpetition secured lender also intends to file an objection. The Debtors have also been advised that the Movants intend to call Edward

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Goldking Holdings, LLC (2614); Goldking Onshore Operating, LLC (2653); and Goldking Resources, LLC (2682). The mailing address for the Debtors is 777 Walker Street, Suite 2500, Houston, TX 77002.

01:14503529.1

        Hebert, the Debtors' Chief Executive Officer, as a witness at the hearing. This matter is going forward on a contested basis.

| | |
|---|---|
| Dated: November 18, 2013<br>       Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Ashley E. Markow (No. 5635)<br>1000 N. King Street, Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Proposed Counsel for the Debtors |